Donald H. Buckley, Administrator of Estate of Margaret Buckley, Deceased, Plaintiff-Appellee, v. Wabash Railroad Company, Allen W. Gill and Robert Yount, Defendants-Appellants.

Gen. No. 9,934. (Abstract of Decision.)

Ensel, Martin, Jones & Blanchard, for appellants; Londrigan & Londrigan, for appellee. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed April 13, 1954; released for publication April 29, 1954.

Alfred Warren, Plaintiff-Appellant, v. Roy Patton, Defendant-Appellee.

Term No. 53-O-15.